THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0121-JCC |
| Plaintiff, | ORDER |
| v. | |
| MALIK GARRETT, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion to continue trial and the pretrial motions deadlines (Dkt. No. 34). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion.

Trial in this matter is currently set for February 14, 2022. (Dkt. No. 23.) Defendant seeks a continuance to allow defense counsel additional time to continue pretrial investigation, review discovery, conduct legal research, and discuss the factual and legal issues presented with Defendant. (Dkt. No. 34 at 2.) Based on the foregoing, the Court FINDS that the ends of justice served by granting the requested continuance outweigh the best interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). This finding is based on the following:

1.     A failure to grant a continuance in this case would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

2.     Taking into account the exercise of due diligence, a failure to grant a continuance

ORDER
CR21-0121-JCC
PAGE - 1

1  in this case would deny Defendant's counsel the reasonable time necessary for effective

2  preparation due to counsel's need for more time to review the evidence, consider possible

3  defenses, and gather evidence material to the defense, as set forth in § 3161(h)(7)(B)(iv); and

4        3.      The additional time requested is a reasonable period of delay.

5  It is therefore ORDERED as follows:

6        1.      The motion for a continuance (Dkt. No. 34) is GRANTED.

7        2.      The current trial date is CONTINUED to June 27, 2022; pretrial motions will be

8  due May 23, 2022. The parties should consult the Court's Chambers Procedures posted on its

9  website for detailed instructions regarding pretrial submissions and trial procedure.

10        3.      The time from the date of this order until the June 27, 2022 trial date is an

11  excludable period under 18 U.S.C. § 3161(h)(7)(A).

12

13        DATED this 21st day of January 2022.

14

15

16

17        John C. Coughenour
          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

ORDER
CR21-0121-JCC
PAGE - 2