Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>MALIK GARRETT,<br>Defendant. | NO. CR21-121 JCC<br><br>[~~Proposed~~]<br>ORDER TO SEAL DOCUMENT |

Having read the Government's Motion to Seal (**Dkt. No. 98**) and because of the sensitive information contained in Exhibits A, B, C, D, and E that depict the victim of an assault and attempted robbery.

It is hereby ORDERED that Exhibits A, B, C, D, and E shall remain sealed.

DATED this 13th day of November, 2026.

JOHN C. COUGHENOUR
United States District Judge

Presented by:
*s/ Cecelia Gregson*
CECELIA GREGSON
Assistant United States Attorney



~~UNITED STATES ATTORNEY~~
~~700 STEWART STREET, SUITE 5220~~
~~SEATTLE, WASHINGTON 98101~~
~~(206) 553-7970~~